OPINION # O-7445 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.